IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KYRRAN WAUGH, *Plaintiff*, v. CITY OF PHILADELPHIA, *et al.*, *Defendants*. | Civil Action No. 25-cv-2398 |

ORDER

**AND NOW**, this 25th day of August 2025, upon consideration of Defendants City of Philadelphia, Police Officer Albul, and Police Officer Abumonshaw's ("Moving Defendants") Motion to Dismiss the Amended Complaint (Doc. No. 9), Plaintiff's Opposition to [Moving] Defendants' Motion to Dismiss the Amended Complaint (Doc. No. 10), Moving Defendants' letter to supplement their Motion (Doc. No. 16), Plaintiff's letter to supplement his Opposition to the Motion (Doc. No. 17), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that the Motion (Doc. No. 9) is **GRANTED**.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLMOSKY, J.