IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KHYRRAN WAUGH,

          Plaintiff,

    v.

POLICE OFFICER CHRISTOPHER SPECHT
and POLICE OFFICER COLLEEN CORBETT

          Defendants.

CIVIL ACTION
NO. 25-2398

## ORDER

**AND NOW**, this 25th day of June 2026, upon consideration of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. No. 25), Plaintiff's Response in Opposition (Doc. No. 26), and Defendant's Reply (Doc. No. 27), and in accordance with the Opinion of the Court filed this day, it is **ORDERED** that Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. No. 25) is **DENIED**. Defendants shall file an Answer to the claim remaining in the Second Amended Complaint by July 16, 2026.

BY THE COURT:

/s/ Joel H. Slomsky
_____
U.S.D.J. Joel H. Slomsky, J.